

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00112-CV

TARRANT COUNTY                                           APPELLANT
REHABILITATION HOSPITAL D/B/A
HEALTHSOUTH REHABILITATION
HOSPITAL AT CITYVIEW

V.

ROBERT PENA, INDIVIDUALLY                               APPELLEE
AND AS THE EXECUTOR OF THE
ESTATE OF IRMA DORA PENA

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 048-271839-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Notice of Settlement Of Underlying Suit," which we construe as a motion to dismiss the appeal. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, WALKER, and MEIER, JJ.

DELIVERED:  May 28, 2015